Michael Yancey III, NV #16158
CONSUMER JUSTICE LAW FIRM
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerjustice.com
T: (480) 573-9272
F: (480) 613-7733

CONSUMER JUSTICE LAW FIRM
8095 N. 85th Way
Scottsdale, AZ 85258
*Attorneys for Plaintiff*
*Ana Hernandez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANA HERNANDEZ, individually and on behalf of all other similarly situated<br><br>*Plaintiff,*<br><br>-against-<br><br>LEAD YOU LLC, a Nevada Limited Liability Company, and JOSE ANGEL ORTIZ URENO, as an individual<br><br>*Defendant.* | Case No. 2:25-cv-00412-JCM-DJA<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Ana Hernandez ("Plaintiff") pursuant to LR IA 6-1, with the stipulated consent of, Defendants Lead You LLC and Jose Angel Ortiz Ureno, as an individual (collectively "defendants"), respectfully moves this Court for an Order Extending Time for Plaintiff to file her Opposition to Defendants' Motion to Dismiss

1

[Dkt. #5]. This is Plaintiff's first request for an extension of time relative to Defendants' Motion. Plaintiff further states the following in support of this request:

1. On April 8, 2025, Defendants filed a Motion to Dismiss [Dkt. #5]

2. On April 1, 2025, attorney for Plaintiff, Michael Yancey entered into a three (3) week trial in another matter, which ended on April 18, 2025. Attorney, Michael Yancey, has not had the ability to diligently compile a sufficient response to Defendants' Motion to Dismiss.

3. On April 21, 2025 Plaintiff reached out to counsel for Defendants regarding the instant Motion for Extension of Time and requested four weeks to file her Opposition.

4. On April 21, 2025, Defendants' counsel responded that it did not object to Plaintiff's Opposition deadline being extended by four weeks.

5. The parties hereby agree, and Plaintiff respectfully requests that the Court extend the deadline to file her response to Defendants' Motion to Dismiss for an additional four (4) weeks, making her deadline to respond May 20, 2025.

6. This extension is necessary to provide Plaintiff and her counsel sufficient time to investigate the motion to dismiss and provide a meaningful response.

7. The requested extension of time shall not prejudice Defendants and will not unduly delay this litigation.

8. This is Plaintiff's first request to extend her deadline to respond to the motion to dismiss.

Dated: April 21, 2025

By: */s/ Michael Yancey*
Michael Yancey III, NV #16158
CONSUMER JUSTICE LAW FIRM
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerjustice.com
T: (480) 573-9272
F: (480) 613-7733

CONSUMER JUSTICE LAW FIRM
8095 N. 85th Way
Scottsdale, AZ 85258
*Attorneys for Plaintiff*
*Ana Hernandez*

Dated:  April 23, 2025.

_____
IT IS SO ORDERED.
U.S. DISTRICT JUDGE

3