**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jordan W. Montet, Esq.
Nevada Bar No. 14743
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jmontet@maclaw.com
*Attorneys for Defendants Lead You, LLC*
*and Jose Angel Ortiz Ureno*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANA HERNANDEZ, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEAD YOU LLC, a Nevada Limited Liability Company and JOSE ANGEL ORTIZ URENO, as an individual,<br><br>Defendants. | Case Number:<br>2:25-cv-00412-JCM-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR MOTION FOR SUMMARY JUDGMENT AND FOR PLAINTIFF'S OPPOSITION TO SAME** |

The Parties, by and through their respective counsel of record, hereby enter into this Stipulation and Order to extend time for Defendants to file their motion for summary judgment from May 22, 2026 to May 23, 2026. In doing so, the Parties also stipulate and agree that Plaintiff's opposition shall be due on June 19, 2026.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record, that the deadline for Defendants to file their motion for summary judgment shall be extended to from May 22, 2026 to May 23, 2026.

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

MAC: 14031-009 (#6412345.3) 6/3/2026 3:07 PM

IT IS FURTHER STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record, that the deadline for Plaintiff's opposition to Defendant's motion for summary judgment shall be June 19, 2026.

Dated this 3rd day of June 2026.

MARQUIS AURBACH

/s/ Jordan W. Montet
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jordan W. Montet, Esq.
Nevada Bar No. 14743
10001 Park Run Drive
Las Vegas, Nevada  89145
        Attorney(s) for Defendants Lead You, LLC

and Jose Angel Ortiz Ureno

Dated this _____ day of June 2026.

CONSUMER JUSTICE LAW FIRM

/s/ Pamela Rosario
Pamela Rosario
NY Bar No. 5036405 (admitted Pro Hac Vice)
8095 N. 85th Way
Scottsdale, AZ 85258

David A. Chami, 027585
(admitted Pro Hac Vice)
CONSUMER JUSTICE LAW FIRM
8095 N. 85th Way
Scottsdale, AZ 85258

Michael Yancey III
Nevada Bar No.16158
CONSUMER JUSTICE LAW FIRM
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED:**  June 5, 2026.

_____
HONORABLE JAMES C. MAHAN
SENIOR UNITED STATES DISTRICT JUDGE

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14031-009 (#6412345.3) 6/3/2026 3:07 PM